IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MA'QUAL T. COBBS,
    Plaintiff,

v.                                                                   Civil No. 3:21cv663 (DJN)

OFFICER WALKER,
    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 10, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court informed Plaintiff that he must keep the Court informed of his address and that the failure to do so would result in the dismissal of the action. On April 1, 2022, the United States Postal Service returned a letter to the Court that the Clerk had sent Plaintiff, which the Postal Service marked, "RETURN TO SENDER," because Plaintiff was released. (ECF No. 28, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                              /s/
                                                David J. Novak
                                               United States District Judge

Richmond, Virginia
Dated: April 22, 2022